# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132646

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CONNIE MARIE CAMERON,
      Defendant-Appellant.

SC: 132646
COA: 261847
Saginaw CC: 02-022282-FH

_____/

      On order of the Court, the application for leave to appeal the October 12, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2007

d0319

Clerk